IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JESSE LEE FARMER, JR.
ADC #166000                                                                                           PLAINTIFF

V.                         CASE NO. 4:19-CV-919-BSM-BD

DOROTHY M. GRIFFIN, *et al.*                                                                       DEFENDANTS

## ORDER

On December 19, 2019, Jesse Lee Farmer, Jr., an Arkansas Department of Correction (ADC) inmate, filed this civil rights lawsuit without the help of a lawyer. (Docket entry #2) Mr. Farmer complains that he was injured while detained at the Ouachita River Unit of the ADC.

The Ouachita River Unit lies in the Western District of Arkansas. The interests of justice, therefore, would best be served by transferring this case to the United States District Court for the Western District of Arkansas, under 28 U.S.C. § 1406(a). To that end, the Clerk of Court is directed to transfer this case immediately to the United States District Court for the Western District of Arkansas.

IT IS SO ORDERED, this 30th day of December, 2019.

_____
UNITED STATES MAGISTRATE JUDGE